## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

PERRY DANIELS                                                                                       PLAINTIFF

v.                                    4:16CV00462-JM-JJV

MONTE MUNYAN, LPN, Faulkner
County Detention Center, Unit 1; *et al.*                                                       DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Defendant Monte Munyan is DISMISSED without prejudice from this action.

2. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

DATED this 21st day of July, 2016.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE